IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 6:01-CR-32-7 |
| | § | |
| KEVIN MOSS | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3).  The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of the present action, has been presented for consideration.  The parties did not object to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.  Therefore, the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge as the findings and conclusions of this Court.

**SIGNED this 5th day of June, 2008.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE